SUPREME COURT OF NEW JERSEY
M-104 September Term 2014
074984

15MC83-JLL

IN THE MATTER OF  :

ANDREY V. ZIELYK,  :  ORDER

AN ATTORNEY AT LAW  :

(Attorney No. 026891986)  :

FILED

FEB 1 0 2015

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension of **ANDREY V. ZIELYK** of **PARSIPPANY**, who was admitted to the bar of this State in 1986;

And on October 29, 2014, the Court having ordered respondent to appear for an audit at the Office of Attorney Ethics and provide the records and information requested;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to comply with the Court's Order;

And good cause appearing;

It is ORDERED that **ANDREY V. ZIELYK** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ANDREY V. ZIELYK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution

maintained by **ANDREY V. ZIELYK** pursuant to Rule 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **ANDREY V. ZIELYK** comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 10th day of February, 2015.

CLERK OF THE SUPREME COURT

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY